■ In the Matter of DOROTHY HOPKINS et al., Respondents, v NEW YORK CITY HOUSING AUTHORITY, Appellant.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on January 25, 1990, unanimously affirmed for the reasons stated by Leonard Cohen, J., with costs. No opinion. Concur—Carro, J. P., Wallach, Ross, Kassal and Rubin, JJ.

■ TIGE REAL ESTATE DEVELOPMENT COMPANY, INC., Appellant, v PAMELA RANKIN-SMITH et al., Respondents.—Order, Supreme Court, New York County (Harold Tompkins, J.), entered on February 7, 1990, unanimously affirmed for the reasons stated by Harold Tompkins, J., without costs. No opinion. Concur—Milonas, J. P., Kupferman, Asch, Kassal and Smith, JJ.

■ In the Matter of TORRES. PEOPLE OF THE STATE OF NEW YORK, Appellant.—Reconsideration of this Court's order (167 AD2d 991) entered on November 29, 1990 granted and, upon reconsideration, that branch of People's motion seeking stay is denied, as indicated. Concur—Kupferman, J. P., Ellerin, Wallach, Smith and Rubin, JJ.